UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frankie GREER,<br><br>                              Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                              Defendants. | Case No.: 19-cv-0378-GPC-AGS<br><br>**ORDER REQUIRING JOINT DISCOVERY PLAN** |

The parties are ordered to provide a Joint Discovery Plan by **June 16, 2020**. The Joint Discovery Plan must be <u>filed</u> on the CM/ECF system as well as <u>lodged</u> with Magistrate Judge Schopler by emailing the Plan to efile_schopler@casd.uscourts.gov. If the Plan with its attachments exceeds 20 pages, a courtesy paper copy of the Plan must be delivered to Judge Schopler's Chambers. Because defendants raised the issue of failure to exhaust, (*see* ECF No. 81, at 2), the Plan should offer a brief schedule to adjudicate that issue before moving on to general discovery. *See Albino v. Baca*, 747 F.3d 1162, 1170 (9th Cir. 2014) ("Exhaustion should be decided, if feasible, before reaching the merits of a prisoner's claim."). The Plan must identify whether and what good cause exists to modify the Court's **tentative** schedule of deadlines and limitations, which is as follows:

| CASE MANAGEMENT SCHEDULE ||
|---|---|
| **Event** | **Deadline** |
| Joint Discovery Plan | June 16, 2020 |
| Defense Counsel Receiving and Serving All Grievances on File at the Institution | July 17, 2020 |
| Plaintiff's Deposition, not limited solely to issues of exhaustion | August 14, 2020 |
| Any Motions Concerning Exhaustion or Requests for *Albino* Hearing | August 28, 2020 |
| Motions to Amend | September 11, 2020 |
| Expert Witness Designations and Disclosures | October 16, 2020 |
| Rebuttal Expert Witness Designations and Disclosures | November 13, 2020 |
| Fact Discovery Completion | December 11, 2021 |
| Expert Discovery Completion | December 11, 2021 |
| MSC Statements | January 15, 2021 |
| Mandatory Settlement Conference | January 22, 2021, at 9:00 a.m. |
| Pretrial Motions | February 12, 2021 |
| Rule 26(a)(3) Disclosures | May 14, 2021 |
| Meet and Confer on the PTO | May 21, 2021 |
| Draft PTO to Defense Counsel | May 28, 2021 |
| Lodge PTO | June 4, 2021 |
| Final Pretrial Conference | June 11, 2021, at 1:30 p.m. |
| **DISCOVERY LIMITATIONS** ||
| **Discovery Type** | **Restriction (Per Side)** |
| Depositions | No more than [6] |
| Requests for Admission | No more than [15] |
| Interrogatories | No more than [15] |
| Requests to Produce Documents | No more than [15] |

2

19-cv-0378-GPC-AGS

Defense counsel is responsible for contacting plaintiff to prepare the joint discovery plan and, should plaintiff be incarcerated at the relevant time, for ensuring plaintiff's participation in any telephonic or in-person hearings.

Dated: May 1, 2020

Hon. Andrew G. Schopler
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Frankie GREER,

                        Plaintiff(s)

v.

COUNTY OF SAN DIEGO, et al.,

                        Defendant(s)

Case No.: 19-cv-0378-GPC-AGS

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties ☐ Consent / ☐ Do Not Consent*

to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed Names* | *Signatures of all parties **and** counsel for all parties* | *Dates* |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## REFERENCE ORDER

**IT IS ORDERED:** This case is referred to United States Magistrate Judge Andrew G. Schopler, to conduct all proceedings and order entry of a final judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and CivLR 73.1.

Date                                                 United States District Judge

\*   Pursuant to Civil Local Rule 73.1, **if (and only if) all parties have consented** to the reference to a magistrate judge, then Plaintiff shall file the consent form(s) in paper format at the Clerk's Office.