Carrie L. Mitchell, Esq. (SBN 221845)
McDOUGAL LOVE BOEHMER FOLEY
LYON & MITCHELL
8100 La Mesa Blvd., Suite 200
La Mesa, California 91942
Telephone: (619) 440-4444; Fax: (619) 440-4907
Email: cmitchell@mcdougallove.com

Attorneys for Defendants, County of San Diego, Sheriff William Gore, Alfred Joshua, M.D., Barbara Lee, Macy Germono, Francisco Bravo, Christopher Simms and M. Campos (#3780)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE GREER,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM GORE in his individual capacity, ALFRED JOSHUA in his individual capacity, BARBARA LEE, in her individual capacity and DOES 1 to 100,<br><br>    Defendants.<br><br>RELATED CROSS-CLAIM(S) | Case No.: 19-cv-00378-JO-DEB<br><br>NOTICE OF WITHDRAWAL<br><br>Judge:         Hon. Jinsook Ohta<br>Courtroom:  4C (4th Flr)<br>Magistrate:  Hon. Daniel E. Butcher<br>Courtroom:  3A (3rd Flr) |

Defendants, County of San Diego, Sheriff William Gore, Alfred Joshua, M.D., Barbara Lee, Macy Germono, Francisco Bravo, Christopher Simms and M. Campos ("County Defendants') hereby withdraw their opposition to plaintiff's motion to compel information and material regarding the San Diego Sheriff's Department's Critical Incident Review Board (CIRB), filed as ECF No. 149. County Defendants inadvertently failed to sign the opposition prior to submitting it for filing. It will be refiled immediately following this filing.

| | | |
|---|---|---|
| 1 | Dated: April 15, 2022 | MCDOUGAL LOVE BOEHMER FOLEY LYON & MITCHELL |
| 2 | | |
| 3 | | By: *s/Carrie L. Mitchell* |
| 4 | | Carrie L. Mitchell |
| | | Attorneys for Defendants, County of San Diego, Sheriff William Gore, Alfred Joshua, M.D., Barbara Lee, Macy Germono, Francisco Bravo, Christopher Simms and M. Campos (#3780) |