LOTZ, DOGGETT & RAWERS, LLP
JEFFREY S. DOGGETT, SBN 147235
BRIAN T. BLOODWORTH, SBN 272664
101 W. Broadway, Suite 1110
San Diego, CA 92101
Telephone: (619) 233-5565
Attorneys for Defendants MAURICIO MARTINEZ and COAST
CORRECTIONAL MEDICAL GROUP

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FRANKIE GREER,

        Plaintiff,

v.

COUNTY OF SAN DIEGO, et al.

        Defendants.

CASE NO. 19-cv-0378-JO-DEB

**JOINT MOTION TO EXCLUDE MAURICIO MARTINEZ FROM THE MANDATORY SETTLEMENT CONFERENCE**

At the request of Defendants MAURICIO MARTINEZ and COAST CORRECTIONAL MEDICAL GROUP ("CCMG") parties jointly move to exclude Dr. Martinez from the May 17, 2022 Mandatory Settlement Conference. These defendants will be represented by counsel who will be present at the Mandatory Settlement Conference.  They have coverage through the Cooperative of American Physicians.  The Claims Specialist will also be present at the Mandatory Settlement Conference.  CCMG is only being sued in its capacity as vicariously liable for Dr. Martinez.  Consent from the defendants has been received to enter a settlement, so their participation is no longer necessary.

Therefore, it is respectfully requested that an order excusing Dr. Martinez's personal appearance be granted.

Respectfully submitted,

DATED May 11, 2022        IREDALE AND YOO

s/ Grace Jun

EUGENE IREDALE
JULIA YOO
GRACE JUN
Attorneys for Plaintiff Frankie Greer

DATED May 11, 2022        MCDOUGAL LOVE BOEHMER FOLEY
LYON & CANLAS

s/ Carrie L. Mitchell

CARRIE L. MITCHELL
Attorneys for Defendants County of San
Diego et. al.

DATED May 11, 2022        LOTZ, DOGGETT & RAWERS, LLP

s/ Brian Bloodworth

Jeffrey Doggett
Brian Bloodworth
Attorneys for Defendants Mauricio Martinez
and Coast Correctional Medical Group

## **CERTIFICATION**

I, Brian T. Bloodworth, certify that the contents of this joint motion are acceptable to all persons required to sign the document.  I have obtained each counsel's authorization to affix counsel's electronic signature to this document.

Dated: May 11, 2022        /s Brian T. Bloodworth

Attorney for Defendants Mauricio Martinez and
Coast Correctional Medical Group