# EXHIBIT B

```
Carrie L. Mitchell, Esq. (SBN 221845)
McDOUGAL LOVE BOEHMER FOLEY
LYON & MITCHELL
8100 La Mesa Blvd., Suite 200
La Mesa, California 91942
Telephone: (619) 440-4444; Fax: (619) 440-4907
Email: cmitchell@mcdougallove.com

Attorneys for Defendants County of San Diego,
Sheriff William Gore, Alfred Joshua, M.D., and Barbara Lee
```

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE GREER,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, WILLIAM GORE in his individual capacity, ALFRED JOSHUA in his individual capacity, BARBARA LEE, in her individual capacity and DOES 1 to 100,<br><br>    Defendants. | Case No.: 3:19-cv-00378-GPC-DEB<br><br>COUNTY OF SAN DIEGO'S RESPONSE TO PLAINTIFF'S REQUESTS FOR ADMISSIONS, SET ONE<br><br>Judge:       Hon. Gonzalo P. Curiel<br>Courtroom: 2D (2nd Flr)<br>Magistrate: Hon. Daniel E. Butcher<br>Courtroom: 3A (3rd Flr) |

PROPOUNDING PARTY:    Plaintiff Frankie Greer

RESPONDING PARTY:      Defendant County of San Diego

SET NO.:                         One (1)

### PRELIMINARY STATEMENT

These responses are made solely for the purpose of, and in relation to, this action. Each response is given subject to all appropriate objections (including but not limited to objections concerning competency, relevance, materiality, propriety and admissibility) which would require the exclusion of any statement contained herein if the Request were asked of, or if any statement contained herein were made by, a witness present and testifying in Court. All such objections and

grounds therefore are reserved and may be interposed at time of trial.

The party on whose behalf the responses are given has not yet completed its investigation of the facts relating to this action, has not yet completed its discovery in this action, and has not yet completed its preparation for trial. Consequently, the following responses are given without prejudice to the answering party's right to produce, at the time of trial, subsequent discovery considered to be material.

Except for facts explicitly admitted herein, no admission of any nature whatsoever is to be implied or inferred. The fact that any Request herein has been responded to should not be taken as an admission, or a concession of the existence, of any facts set forth or assumed by such Request, or that such response constitutes evidence of any facts thus set forth or assumed. All responses must be construed as given on the basis of present recollection.

It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts, add meaning to the known facts, as well as establish entirely new factual conclusions and legal conclusions, all of which may lead to substantial additions to, changes in, and variations from the contentions herein set forth.

## RESPONSES TO REQUESTS FOR ADMISSION

REQUEST NO. 1:

ADMIT the following document, a letter from the Citizens' Law Enforcement Review Board to Sheriff William Gore, dated August 16, 2018, bates numbered "CLERB 00068" (attached as Exhibit 1), is genuine.

RESPONSE TO REQUEST NO. 1:

Admit.

REQUEST NO. 2:

ADMIT the following document, a letter from the Sheriff's Department to the Citizens' Law Enforcement Review Board, dated October 10, 2018, bates numbered "CLERB 00070" (attached as Exhibit 2), is genuine.

COUNTY OF SAN DIEGO'S RESPONSE TO REQUESTS FOR ADMISSIONS, SET ONE

1  RESPONSE TO REQUEST NO. 2:
2      Admit.
3  REQUEST NO. 3:
4      ADMIT the following document, a letter from the Sheriff's Department to
5  Melissa Greer dated March 1, 2018, (attached as Exhibit 3), is genuine.
6  RESPONSE TO REQUEST NO. 3:
7      Admit.
8  REQUEST NO. 4:
9      ADMIT medical personnel at the Central Jail did not document Plaintiff
10 Frankie Greer's need for a lower bunk in the portions of the Jail Information
11 Management System (JIMS) that could be viewed or accessed by any housing
12 deputy.
13 RESPONSE TO REQUEST NO. 4:
14     Deny.
15 REQUEST NO. 5:
16     ADMIT Defendant Macy Germono did not document Plaintiff Frankie
17 Greer's need for a lower bunk in the portions of the Jail Information Management
18 System (JIMS) that could be viewed or accessed by any housing deputy.
19 RESPONSE TO REQUEST NO. 5:
20     Deny.
21 REQUEST NO. 6:
22     ADMIT Defendant Macy Germono did not document Plaintiff Frankie
23 Greer's need for a lower bunk in the portions of the Jail Information Management
24 System (JIMS) that could be viewed or accessed by any sworn staff.
25 RESPONSE TO REQUEST NO. 6:
26     Deny.
27 REQUEST NO. 7:
28     ADMIT Defendant Macy Germono did not document Plaintiff Frankie

3

Greer's seizure disorder in the portions of the Jail Information Management System (JIMS) that could be viewed or accessed by any housing deputy.

RESPONSE TO REQUEST NO. 7:

Deny.

REQUEST NO. 8:

ADMIT Defendant Macy Germono did not document Plaintiff Frankie Greer's seizure disorder in the portions of the Jail Information Management System (JIMS) that could be viewed or accessed by any sworn staff.

RESPONSE TO REQUEST NO. 8:

Deny.

REQUEST NO. 9:

ADMIT medical personnel at the Central Jail did not document Plaintiff Frankie Greer's seizure disorder in the portions of the Jail Information Management System (JIMS) that could be viewed or accessed by any sworn staff.

RESPONSE TO REQUEST NO. 9:

Deny.

REQUEST NO. 10:

ADMIT medical personnel at the Central Jail did not document Plaintiff Frankie Greer's seizure disorder in the portions of the Jail Information Management System (JIMS) that could be viewed or accessed by any housing staff.

RESPONSE TO REQUEST NO. 10:

Deny.

REQUEST NO. 11:

ADMIT the Detentions Service Bureau did not refer Defendant Deputy Michael Campos to Internal Affairs for an investigation of his conduct related to Frankie Greer and this INCIDENT.

///

RESPONSE TO REQUEST NO. 11:

Admit.

REQUEST NO. 12:

ADMIT Internal Affairs did not conduct any investigation of Defendant Macy Germono related to Frankie Greer and this INCIDENT.

RESPONSE TO REQUEST NO. 12:

Admit.

REQUEST NO. 13:

ADMIT Internal Affairs did not conduct any investigation of any Sheriff's Department employee or agent related to Frankie Greer and this INCIDENT.

RESPONSE TO REQUEST NO. 13:

Admit.

REQUEST NO. 14:

ADMIT Anthony Brown never told YOU or any of your agents that Frankie Greer slipped while descending from his bunk and struck the floor during this INCIDENT.

RESPONSE TO REQUEST NO. 14:

Admit.

Dated: September 21, 2021

MCDOUGAL LOVE BOEHMER FOLEY LYON & MITCHELL

By: _____
Carrie L. Mitchell
Attorneys for Defendants County of San Diego, Sheriff William Gore, Alfred Joshua, M.D., and Barbara Lee

5

COUNTY OF SAN DIEGO'S RESPONSE TO REQUESTS FOR ADMISSIONS, SET ONE

## VERIFICATION

I, Amanda Kamphoefner, say:

I am a Legal Advisor for the San Diego County Sheriff's Department, a party in the above-entitled matter, and I am authorized to make this verification for and on behalf of said party.

I have read the foregoing Response to Requests for Admissions, Set One. The responses contained in the document are not within the personal knowledge of declarant, and declarant is informed that there is no single employee of the County of San Diego who has personal knowledge of all such matters.

The responses in said document are based upon information assembled by authorized employees of defendant, County of San Diego, and declarant is informed and believes that the responses based upon such information are true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 20th 2021 at San Diego, California.

Amanda Kamphoefner

6

*Frankie Greer v. County of San Diego, et al.*
Case No. 3:19-CV-0378-GPC AGS

## **PROOF OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. My business address is 8100 La Mesa Blvd., Suite 200, La Mesa, California, 91942.

On September 22, 2021, I served the following document(s): COUNTY OF SAN DIEGO'S RESPONSE TO PLAINTIFF'S REQUESTS FOR ADMISSIONS, SET ONE, in the following manner:

☐ **By CM/ECF:** I caused to be transmitted a copy of the foregoing document(s) this date via the United States District Court's ECF System, which electronically notifies all counsel.

☒ **By e-mail or electronic transmission.** I caused all of the pages of the above-entitled documents to be electronically served on designated recipients.

| | |
|---|---|
| Eugene Iredale, Esq.<br>Julia Yoo, Esq.<br>Grace Jun, Esq.<br>IREDALE & YOO<br>105 West F Street, Fourth Floor<br>San Diego, CA 92101-6036<br>Telephone: (619) 233-1525<br>Facsimile: (619) 233-3221<br>Email: egiredale@iredalelaw.com<br>Email: jyoo@iredalelaw.com<br>Email: gjun@iredalelaw.com<br><br>Attorney for Plaintiff, Frankie Greer | Jeffrey S. Doggett, Esq.<br>Brian T. Bloodworth, Esq.<br>LOTZ, DOGGETT & RAWERS, LLP<br>101 W. Broadway, Suite 1110<br>San Diego, CA 91901<br>Telephone: (619) 233-5565<br>Facsimile:<br>Email: jdoggett@ldrlaw.com<br>Email: bbloodworth@ldrlaw.com<br><br>Attorneys for Maurcio Martinez and Coast Correctional Medical Group |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this proof of service was executed on September 22, 2021, in La Mesa, California.

_____
Amy Blake