# EXHIBIT J

Transcript of the Testimony of:

# APRIL SIPPERLEY

FRANKIE GREER

vs.

COUNTY OF SAN DIEGO, et al.

October 13, 2020

Volume 1



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

```
_____
                              )
FRANKIE GREER,                )
                              )
          Plaintiff,          )
     vs.                      )
                              )    Case No.
COUNTY OF SAN DIEGO, WILLIAM  )    19-cv-0378-GPC-DEB
GORE, IN HIS INDIVIDUAL       )
CAPACITY, ALFRED JOSHUA, IN   )
HIS INDIVIDUAL CAPACITY,      )
BARBARA LEE, IN HER           )
INDIVIDUAL CAPACITY, AND      )
DOES 1-100,                   )
                              )
          Defendants.         )
_____)
```

VIDEO RECORDED DEPOSITION OF APRIL SIPPERLEY, commencing at the hour of 2:17 p.m., Tuesday, October 13, 2020, at 1350 Columbia Street, Suite 703, San Diego, California 92101, before Kaylee Lachmann, Registered Professional Reporter and Certified Shorthand Reporter in and for the State of California.

```
 1   APPEARANCES

 2   FOR THE PLAINTIFF:

 3             IREDALE AND YOO, APC
               BY:  JULIA YOO, ESQ.
 4                  GRACE JUN, ESQ.
               105 WEST F STREET, 4TH FLOOR
 5             SAN DIEGO, CA 92101
               (619) 233-1525
 6             GJUN@IREDALELAW.COM

 7


 8   FOR THE DEFENDANTS:

 9             MCDOUGAL, LOVE, BOEHMER, FOLEY, LYON & CANLAS
               BY:  CARRIE MITCHELL, ESQ.
10             8100 LA MESA BOULEVARD, SUITE 200
               LA MESA, CA 91942
11             (619) 440-4444
               CMITCHELL@MCDOUGALLOVE.COM
12

13   ALSO PRESENT:

14             ANTHONY ZAMBRANO, IMAGINE REPORTING

15             EUGENE IREDALE, ESQ.

16

17

18

19

20

21

22

23

24

25
```

April Sipperley                                           October 13, 2020

1    So for Exhibits 9 through 16, could you
2 review those and let me know if you reviewed these
3 documents in preparation for your deposition testimony
4 today?
5    A.   So number 9, I did not review.  Number 10, I
6 did not review.  Number 11, I reviewed.  Number 12, I
7 reviewed.  13, I reviewed.  14, I reviewed.  15, I
8 reviewed.  16, I reviewed.
9    Q.   Okay.
10   A.   17 -- was that it?  Oh, sorry.
11   Q.   Yes, that was it.
12   A.   Okay.
13   Q.   So I want to just make sure I understood you.
14        I'm going to refer you back to Exhibit 9.
15 Even though this at the very top left says, Premier
16 JIMS -- I think this says JIMS -- this is not a JIMS --
17 strike that.
18        This is not a document within JIMS that you
19 reviewed?
20   A.   In JIMS, there's different drop-downs that
21 certain classifications have access to, so this would
22 be a medical document.
23   Q.   Do sworn staff not have access to medical
24 documents within JIMS?
25   A.   We can see certain instructions in their

```
 1   details screen.  We can see if they have medical
 2   hazards.  And on their photo, there's drop-downs on
 3   their photo that we can see medical instructions.
 4        Q.    And I'm sorry, Ms. Sipperley -- Sergeant
 5   Sipperley.  You cut out for just a minute, so I have to
 6   ask you this again.
 7              You said you can see medical instructions on
 8   the photo and then medical instructions --
 9        A.    You --
10        Q.    -- on one other place?
11        A.    Correct.
12              So like on Exhibit 10, how you have the
13   photo --
14        Q.    Yes.
15        A.    -- we can see his photo, and if you click on
16   the boxes, it will give us the medical instructions.
17        Q.    I see.
18              So on Exhibit 10, is this a JIMS record that
19   would be accessible to sworn staff?
20        A.    The medical part, no, but the photo, we could
21   see his photo.
22        Q.    And then you said medical instructions are
23   accessible by sworn staff in one other location.
24              Do you remember what other location that was?
25        A.    There's a screen called a detail screen.
```

1    Q.   Detail, D-E-T-A-I-L?
2    A.   Correct.
3    Q.   So if there were any type of orders from the
4  medical staff, that would show up on either the detail
5  screen or when you clicked on the inmate's photo?
6    A.   Correct.
7    Q.   Would medical orders appear in any other part
8  of JIMS to which sworn staff would have access?
9         MS. MITCHELL:  I'm going to object.  Calls
10 for speculation.  Overbroad.  Beyond her designation as
11 a -- as a PMK in this matter.
12   A.   Not that I'm aware of.
13   Q.   And just to be clear, though, Exhibit 10 is
14 not something that you've reviewed in preparation for
15 your deposition?
16   A.   No.
17   Q.   So I'm going to start with category or
18 subject matter number 4 for which you have been
19 proffered as the person most qualified or knowledgeable
20 to testify on behalf of the San Diego County Sheriff's
21 Department.  And category number 4, I'm going to read
22 it to you.
23        It says the following:  You are -- so you are
24 the person most qualified or knowledgeable to testify
25 about number 4, the specific duties, tasks,

```
 1   obligations, and responsibilities of any sheriff's
 2   department employee, contractor, or subcontractor with
 3   respect to determining where an inmate is housed at the
 4   Central Jail, i.e. in which cell, bed, and area an
 5   inmate is assigned to stay while in custody.
 6            So, Sergeant Sipperley, are you prepared to
 7   testify on this subject matter today?
 8        A.  Yes.
 9        Q.  So at the Central Jail, could you explain to
10   us how a decision is made to house an inmate?
11            And you know what?  That was a very broad
12   question, so let me try and break it down a little bit.
13            Is the decision as to where an inmate is
14   housed made after medical screening?
15        A.  Yes.
16        Q.  Who makes that decision after medical
17   screening?
18        A.  There is a unit called the jail population
19   management unit.
20        Q.  Is the jail population management unit
21   comprised of sworn staff?
22        A.  Yes.
23        Q.  Are any medical staff on this unit?
24        A.  No.
25        Q.  So after an inmate clears medical screening,
```

```
 1  STATE OF CALIFORNIA
 2  COUNTY OF SAN DIEGO
 3
 4          I, KAYLEE LACHMANN, Certified Shorthand
 5  Reporter, in and for the State of California,
 6  Certificate Number 14348, do hereby certify:
 7          That the witness in the foregoing deposition
 8  was by me first duly sworn to testify to the truth, the
 9  whole truth, and nothing but the truth; that said
10  deposition was taken before me pursuant to notice, at
11  the time and place therein set forth, and reported by
12  me in shorthand and transcribed, through computer-aided
13  transcription, under my direction; and that the above
14  and foregoing pages are a true record of the testimony
15  elicited and proceedings had at said deposition.
16          I do further certify that I am a
17  disinterested person and am in no way interested in the
18  outcome of this action or connected with or related to
19  any of the parties in this action or to their
20  respective counsel.
21          In witness whereof, I have hereunto set my
22  hand this 15th day of October, 2020.
23
24                              _____
25                              KAYLEE LACHMANN, CSR NO. 14348
```