# EXHIBIT L

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

```
FRANKIE GREER,                          )
                                        )
      Plaintiff,                        )
                                        )
      vs.                               )  Case No.:
                                        )  19-cv-0378-GPC-DEB
COUNTY OF SAN DIEGO, ET AL.             )
                                        )
      Defendants.                       )
_____ )
AND RELATED CROSS-CLAIMS                )
```

VIDEOCONFERENCE DEPOSITION OF

SERINA ROGHLIEN-HOOD

PMK FOR THE COUNTY OF SAN DIEGO SHERIFF'S DEPARTMENT

APPEARING REMOTELY FROM SAN DIEGO, CALIFORNIA

MARCH 3RD, 2022

Reported by:   FRAN BARBER, CSR, RPR
               Certified Shorthand Reporter
               License No. 13811

   APPEARING REMOTELY FROM SAN DIEGO COUNTY, CALIFORNIA

Serina Roghlien-Hood
March 03, 2022

```
 1   REMOTE APPEARANCES:

 2        ON BEHALF OF THE PLAINTIFF:

 3        IREDALE & YOO, APC
          EUGENE IREDALE, ESQ.
 4        105 West F Street
          Fourth Floor
 5        San Diego, California 92101
          Telephone:  (619) 233-1525
 6        E-mail:  Egiredale@iredalelaw.com

 7   ON BEHALF OF THE DEFENDANTS MAURICIO MARTINEZ AND COAST
          CORRECTIONAL MEDICAL GROUP:
 8
          LOTZ, DOGGETT & RAWERS, LLP
 9        BRIAN BLOODWORTH, ESQ.
          101 West Broadway
10        Suite 1110
          San Diego, California 92101
11        Telephone: (619) 233-5565
          E-mail:  Bbloodworth@ldrlaw.com
12
     ON BEHALF OF THE DEFENDANT COUNTY OF SAN DIEGO SHERIFF'S
13        DEPARTMENT:

14        MCDOUGAL, LOVE, BOEHMER, FOLEY, LYON & MITCHELL
          CARRIE L. MITCHELL, ESQ.
15        8100 La Mesa Boulevard
          Suite 200
16        La Mesa, California 91942
          Telephone:  (619) 440-4444
17        E-mail:  Cmitchell@mcdougallove.com

18

19

20

21

22

23

24

25
```

```
 1            It could be, sir.
 2       Q.   And it's not Melanie but Melody you said,
 3   M-E-L-O-D-Y?
 4       A.   Yes.  And her last name, you're correct, it's
 5   L-A-S-T-R-E-L-L-A.
 6       Q.   You told us, as I understand it, that
 7   Ms. Lastrella is no longer working at the county jail
 8   facility?
 9       A.   That's correct, sir.
10       Q.   And to your knowledge, no longer employed by the
11   County of San Diego?
12       A.   That's correct, sir, from my knowledge.
13       Q.   Do you know the circumstances of her departure
14   from employment?
15            MS. MITCHELL:  Objection, calls for confidential
16   personnel information.
17   BY MR. IREDALE:
18       Q.   You may answer that.
19            THE WITNESS:  I can answer it?
20            MS. MITCHELL:  No.
21            MR. IREDALE:  There's no such -- ma'am, there's
22   no such privilege recognized.  Privilege is determined by
23   the Federal Rules of Evidence.  There is no privilege for
24   personnel records.
25            MS. MITCHELL:  Do you know?
```

1        REPORTER'S CERTIFICATE

2              I, FRAN BARBER, CSR No. 13811, Certified

3  Shorthand Reporter, certify that the foregoing proceedings

4  were taken remotely before me at the time and place

5  therein set forth, at which time the witness was put under

6  oath by me; that the testimony of the witness, the

7  questions propounded, and all objections and statements

8  made at the time of the examination were recorded

9  stenographically by me and were thereafter transcribed;

10 that a review of the transcript by the deponent was

11 requested; that the foregoing is a true and correct

12 transcript of my shorthand notes so taken.

13             I further certify that I am not a relative or

14 employee of any attorney of the parties, nor financially

15 interested in the action.

16             I declare under penalty of perjury under the

17 laws of California that the foregoing is true and correct.

18             Dated this 11th day of March, 2022

19

20             *Frances Barber*
               _____
               FRAN BARBER, CSR NO. 13811

21

22

23

24

25