1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

11    Greer,                                    Case No.:  19cv378-JO-DEB

12                              Plaintiff,
                                               **ORDER GRANTING DEFENDANTS**
13    v.                                        **MAURICIO MARTINEZ AND**
                                               **COAST CORRECTIONAL**
14    County of San Diego et al,                **MEDICAL GROUP'S MOTION FOR**
                                               **GOOD FAITH SETTLEMENT AND**
15                              Defendants.      **DISMISSING THE COUNTY OF SAN**
                                               **DIEGO'S CROSS CLAIM FOR**
16                                              **EQUITABLE INDEMNITY AND**
                                               **DECLARATORY RELIEF**
17    County of San Diego,

18                         Cross Claimant,

19    v.

20    Mauricio Martinez and Coast Correctional
      Medical Group,
21
                          Cross Defendant.
22

23

24        Defendants Mauricio Martinez and Coast Correctional Medical Group filed a motion

25    for good faith settlement pursuant to California Code of Civil Procedure § 877 and for an

26    order dismissing the County of San Diego's cross claim for equitable indemnity and

27    declaratory relief. Dkt. 175.  The Court held oral argument on the motion on September 7,

28    2022.

                                               1

1        For the reasons stated on the record during the oral argument, the motion is

2  GRANTED and the County of San Diego's cross claim is DISMISSED.

3

4  Dated:  September 7, 2022

5

6                              Honorable Jinsook Ohta

7                              United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

19cv378-JO-DEB