UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frankie Greer,<br><br>                      Plaintiff,<br><br>v.<br><br>County of San Diego et al.,<br><br>                      Defendants. | Case No.: 19cv378-JO-DEB<br><br>**ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT, OVERRULING OBJECTIONS TO MAGISTRATE JUDGE'S DISCOVERY ORDER, AND DENYING AS MOOT MOTION TO STRIKE** |

      Defendants Francisco Bravo, Michael Campos, Macy Germono, and Christopher Simms filed motions for summary judgment. Dkts. 206, 207, 209, 210. Defendant County of San Diego filed objections to Magistrate Judge Butcher's discovery ruling. Dkt. 232. Plaintiff Frankie Greer filed a partial motion for summary judgment as to his ADA and Rehabilitation Act causes of action. Dkt. 218. Plaintiff also filed a motion to strike the Declaration of Serina Rognlien-Hood. Dkt. 249.

      The Court held oral argument on the motions on December 7, 2022. For the reasons stated on the record during the oral argument, the Court denies Defendants Francisco Bravo, Michael Campos, Macy Germono, and Christopher Simms' motions for summary

judgment [Dkts. 206, 207, 209, 210], overrules the County of San Diego's objections to Magistrate Judge Butcher's discovery ruling [Dkt. 232], denies Plaintiff's partial motion for summary judgment [Dkt. 218], and denies Plaintiff's motion to strike as moot [Dkt. 249].

**IT IS SO ORDERED**.

Dated:  December 9, 2022

_____
Honorable Jinsook Ohta
United States District Judge