UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE GREER,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.<br><br>  Defendants.<br><br>RELATED CROSS-CLAIM<br><br>MAURICIO MARTINEZ; COAST CORRECTIONAL MEDICAL GROUP, INC.,<br><br>  Cross-Claimants,<br><br>v.<br><br>COUNTY OF SAN DIEGO, and ROES 1-5, inclusive,<br><br>  Cross-Defendant. | CASE NO. 19-cv-0378-JO-DEB<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANTS MAURICIO MARTINEZ AND COAST CORRECTIONAL MEDICAL GROUP AND THEIR CROSS-CLAIM AGAINST COUNTY OF SAN DIEGO, WITH PREJUDICE |

ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANTS MAURICIO MARTINEZ AND COAST CORRECTIONAL MEDICAL GROUP AND THEIR CROSS-CLAIM AGAINST COUNTY OF SAN DIEGO, WITH PREJUDICE

19-cv-0378-JO-DEB
1

The parties bring a joint motion to dismiss the following:

(1) Plaintiff, FRANKIE GREER's, operative complaint against Defendants MAURICIO MARTINEZ and COAST CORRECTIONAL MEDICAL GROUP, with prejudice;

(2) Cross-Claimants MAURICIO MARTINEZ and COAST CORRECTIONAL MEDICAL GROUP's cross-claim against cross-defendant COUNTY OF SAN DIEGO (including ROES), with prejudice.

Additionally, the parties agree to waive costs and fees as follows:

(1) Between Plaintiff, FRANKIE GREER and Defendants MAURICIO MARTINEZ and COAST CORRECTIONAL MEDICAL GROUP;

(2) Between Cross-Claimants/Cross-Defendants MAURICIO MARTINEZ and COAST CORRECTIONAL MEDICAL GROUP and Cross-Claimant/Cross-Defendant COUNTY OF SAN DIEGO for their respective cross-claims against each other.

The joint motion is **GRANTED**.

Plaintiff, FRANKIE GREER's complaint is dismissed, with prejudice, as to Defendants MAURICIO MARTINEZ and COAST CORRECTIONAL MEDICAL GROUP. Each party is to bear their own costs and fees.

Cross-Claimants MAURICIO MARTINEZ and COAST CORRECTIONAL MEDICAL GROUP's cross-claim against Cross-Defendant COUNTY OF SAN DIEGO (including ROES) is dismissed, with prejudice. Each party is to bear their

ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANTS
MAURICIO MARTINEZ AND COAST CORRECTIONAL MEDICAL GROUP
AND THEIR CROSS-CLAIM AGAINST COUNTY OF SAN DIEGO, WITH
PREJUDICE

19-cv-0378-JO-DEB
2

own costs and fees.

**IT IS SO ORDERED.**

Dated: 1/10/23

Honorable Jinsook Ohta
United States District Judge

ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANTS MAURICIO MARTINEZ AND COAST CORRECTIONAL MEDICAL GROUP AND THEIR CROSS-CLAIM AGAINST COUNTY OF SAN DIEGO, WITH PREJUDICE

19-cv-0378-JO-DEB
3