| | |
|---|---|
| 1 | BLOOD HURST & O'REARDON, LLP |
| 2 | TIMOTHY G. BLOOD (149343) |
|   | JAMES M. DAVIS (301636) |
| 3 | 501 West Broadway, Suite 1490 |
|   | San Diego, CA 92101 |
| 4 | Tel: 619/338-1100 |
|   | 619/338-1101 (fax) |
| 5 | tblood@bholaw.com |
|   | jdavis@bholaw.com |
| 6 | Attorneys for Intervenors The San Diego |
| 7 | Union-Tribune, LLC, Prison Legal News, and Voice of San Diego |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE GREER | Case No. 3:19-cv-0378-JO-DEB |
| Plaintiff, | **CLASS ACTION** |
| v. | **INTERVENORS THE SAN DIEGO UNION TRIBUNE, LLC, PRISON LEGAL NEWS, AND VOICE OF SAN DIEGO'S NOTICE OF MOTION TO INTERVENE AND UNSEAL CRITICAL INCIDENT REVIEW BOARD DOCUMENTS [ECF NO. 307-2]** |
| COUNTY OF SAN DIEGO, et al., | |
| Defendants. | |
| | **DATE:** April 26, 2023 |
| | **TIME:** 9:00 a.m. |
| | **JUDGE:** Jinsook Ohta |
| | **COURTROOM:** 4C |
| | **PER CHAMBERS:** |
| | **NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |
| | District Judge Jinsook Ohta |
| | Courtroom 4C, Schwartz |
| | Magistrate Judge Daniel E. Butcher |
| | Courtroom 2B, Schwartz |
| | Complaint Filed: February 25, 2019 |
| | Trial Date: Not Yet Set |

00200675

Case No. 3:19-cv-00378-JO-DEB

INTERVENORS' NOTICE OF MOTION AND MOTION TO INTERVENE

# NOTICE OF MOTION AND MOTION

## TO ALL PARTIERS AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on April 26, 2023, at 9:00 a.m., or at another time that the matter may be heard, in the Courtroom of the Honorable Jinsook Ohta, located at the Edward J. Schwartz, United States Courthouse, 221 West Broadway, San Diego, California 92101, Courtroom 4C, Intervenors The San Diego Union-Tribune, LLC, Prison Legal News, and Voice of San Diego will, and hereby do, move this Court to intervene in this action for the purpose of requesting that the exhibits offered by the parties in support of their dispositive motions, ECF No. 307-2, be unsealed and thus available for public inspection.

This motion is based on this notice of motion and motion, the memorandum of points and authorities that follows, the Declarations of Paul Wright, Scott Lewis, and Jeff Light, the papers and records on file in this action, and such other written and oral arguments as may be presented to the Court.

Dated: March 20, 2023

Respectfully submitted,

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
JAMES M. DAVIS (301636)

By:   *s/ Timothy G. Blood*
       TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
jdavis@bholaw.com

*Attorneys for Intervenors The San Diego Union-Tribune, LLC, Prison Legal News, and Voice of San Diego*

# CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 20, 2023.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com