BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
JAMES M. DAVIS (301636)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
jdavis@bholaw.com

Attorneys for Intervenors The San Diego Union-Tribune, LLC, Prison Legal News, and Voice of San Diego

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE GREER<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>    Defendants. | Case No. 3:19-cv-0378-JO-DEB<br><br>**DECLARATION OF JEFF LIGHT IN SUPPORT OF INTERVENORS' MOTION TO INTERVENE AND UNSEAL CRITICAL INCIDENT REVIEW BOARD DOCUMENTS [ECF NO. 307-2]**<br><br>**DATE:** April 26, 2023<br>**TIME:** 9:00 a.m.<br>**JUDGE:** Jinsook Ohta<br>**COURTROOM:** 4C<br><br>District Judge Jinsook Ohta<br>Courtroom 4C, Schwartz<br>Magistrate Judge Daniel E. Butcher<br>Courtroom 2B, Schwartz<br><br>Complaint Filed: February 25, 2019<br>Trial Date: Not Yet Set |

I, JEFF LIGHT, declare as follows:

1. I am the publisher and editor in chief of The San Diego Union-Tribune, LLC ("Union-Tribune"), San Diego's largest media company and its oldest business, dating back to the founding of the Union in 1868

2. The Union-Tribune publishes a daily newspaper and maintains a website, www.sandiegouniontribune.com, that is a leading news source for news about San Diego County. These news products have more than 100,000 paid subscribers.

3. The Union-Tribune regularly publishes articles for its broad public audience on law enforcement and criminal justice issues. The news organization has covered extensively the problems at the San Diego County jails where 185 men and women have died while in custody between 2006 and 2020, another 18 in 2021 and 20 last year. *See, e.g.*, "San Diego County will pay almost $8 million to man gravely injured in sheriff's custody," Kelly Davis, Jeff McDonald, Union-Tribune, March 4, 2023, available at https://www.sandiegouniontribune.com/news/watchdog/story/2023-03-04/frankie-greer-settlement-sheriff-jail; "State auditor: San Diego jails are so bad a new law is needed to force Sheriff's Department fixes," Jeff McDonald, Kelly Davis, Union-Tribune, February 3, 2023, available at https://www.sandiegouniontribune.com/news/watchdog/story/2022-02-03/state-auditor-san-diego-jails-are-so-bad-a-new-law-is-needed-to-force-sheriffs-department-fixes; "San Diego sheriff should release internal reports on jail deaths, civilian oversight board says," Kelly Davis, Jeff McDonald, Union-Tribune, February 1, 2023, available at https://www.sandiegouniontribune.com/news/watchdog/story/2023-02-01/san-diego-sheriff-civilian-oversight-board-public-release-internal-reports; "Civilian review board will consider asking sheriff to release internal records on jail deaths," Jeff McDonald, Kelly Davis, Union-Tribune, January 30, 2023, available at

https://www.sandiegouniontribune.com/news/watchdog/story/2023-01-30/civilian-review-board-sheriff-release-internal-records; "One year after scathing review of jail deaths, new sheriff issues self-assessment on progress," Union-Tribune, January 25, 2023, available at https://www.sandiegouniontribune.com/news/watchdog/story/2023-01-25/jail-deaths-sheriff-martinez-progress-report; "Relatives of people who died in San Diego County jails seek joint meeting with sheriff," Jeff McDonald, Kelly Davis, Union-Tribune, January 24, 2023, available at https://www.sandiegouniontribune.com/news/watchdog/story/2023-01-24/relatives-of-people-who-died-in-san-diego-county-jails-seek-joint-meeting-with-sheriff; "Newly seated for six-year term, sheriff reverses course on pledge to release internal records," Kelly Davis, Jeff McDonald, Union-Tribune, January 17, 2023, available at https://www.sandiegouniontribune.com/news/watchdog/story/2023-01-17/sheriff-kelly-martinez-reverses-course-pledge-internal-records-jails; "Multiple county defendants, one lawyer: Judge previously ruled it's not OK. So why are they doing it again?," available at https://www.sandiegouniontribune.com/news/courts/story/2022-07-04/multiple-county-defendants-one-lawyer-judge-has-previously-ruled-its-not-okay-so-why-are-they-doing-it-again; "One inmate's story: Cells piled with trash, violence and a pervasive fear of COVID-19," Jeff McDonald, Kelly Davis, Union-Tribune, December 13, 2020, available at https://www.sandiegouniontribune.com/news/watchdog/story/2020-12-13/one-inmates-story-cells-piled-with-trash-deputies-and-fear-of-covid-19; "Rate of jail inmate deaths in San Diego County far exceeds other large California counties," Jeff McDonald, Kelly Davis, Lauryn Schroeder, Union-Tribune, September 20, 2019, available at https://www.sandiegouniontribune.com/news/watchdog/story/2019-09-19/dying-behind-bars-san-diego-county-jail-deaths.

4. Among these articles, the Union-Tribune reported on this case – Frankie

Greer's lawsuit and settlement with San Diego County for $7.75 million after Greer suffered grave injuries in a jail cell fall while incarcerated. *See id.* Greer accused San Diego Sheriff's deputies of taking away his seizure medication and not providing a suitable alternative. *See id.* He tumbled from his bed while experiencing a seizure and suffered a serious brain injury. *See id.* In addition, the Union-Tribune has covered San Diego Sheriff Kelly Martinez's pledge to release reports from the San Diego Sheriff's Critical Incident Review Board, an internal department panel that examines cases of deputy misconduct and error – and her later reversal and refusal to release the full reports once in office. *See id.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 10, 2023           By: _____
                                        JEFF LIGHT