BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
JAMES M. DAVIS (301636)
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
jdavis@bholaw.com

Attorneys for Intervenors The San Diego Union-Tribune, LLC, Prison Legal News, and Voice of San Diego

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE GREER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No. 3:19-cv-0378-JO-DEB<br><br>**<u>CLASS ACTION</u>**<br><br>**DECLARATION OF PAUL WRIGHT IN SUPPORT OF INTERVENORS' MOTION TO INTERVENE AND UNSEAL CRITICAL INCIDENT REVIEW BOARD DOCUMENTS**<br>**[ECF NO. 307-2]**<br><br>**DATE:** April 26, 2023<br>**TIME:** 9:00 a.m.<br>**JUDGE:** Jinsook Ohta<br>**COURTROOM:** 4C<br><br>District Judge Jinsook Ohta<br>Courtroom 4C, Schwartz<br>Magistrate Judge Daniel E. Butcher<br>Courtroom 2B, Schwartz<br><br>Complaint Filed:  February 25, 2019<br>Trial Date:  Not Yet Set |

I, PAUL WRIGHT, declare as follows:

1. I am the manager and editor of Prison Legal News ("PLN"), a project of the Human Rights Defense Center, a 501(c)(3) non-profit corporation, and the longest-running independent prisoner rights publication in United States history.

2. PLN is an independent 72-page monthly magazine that provides review and analysis of prisoners' rights, court rulings and news concerning criminal justice-related issues. PLN also maintains a website.

3. PLN has a national focus on both state and federal prison issues, in addition to some international coverage. PLN provides information that enables prisoners and other concerned individuals and organizations to gain a better understanding of a broad range of criminal justice topics, including issues related to the protection and enforcement of prisoners' rights.

4. Areas that PLN covers include prison labor, the private prison industry, medical and mental health care for prisoners, misconduct and abuse by prison and jail staff, settlements, and verdicts in lawsuits against detention facilities, juvenile justice, the death penalty, the Prison Litigation Reform Act (PLRA), prison censorship, HIV and Hep C, solitary confinement, and racial and socio-economic disparities in our criminal justice system. PLN has also extensively covered constitutional abuses in the San Diego County jails.

5. PLN has regular contributing writers, most of whom are currently or formerly incarcerated, and also solicits and publishes articles by other writers. Authors and activists who have published in PLN include: Noam Chomsky, Dan Savage, William Kunstler and Ron Kuby, Mumia Abu-Jamal, Ken Silverstein, Jennifer Vogel, Adrian Lomax, Raymond Luc Levasseur, John Perotti, Willie Wisely, Christian Parenti, William Greider, Noelle Hanrahan and many others.

6. In addition to PLN's website and monthly magazines, we publish another monthly magazine, Criminal Legal News (CLN), which reports on criminal case law, policing, prosecutorial misconduct, and related issues.

7. I have co-authored three PLN anthologies, the first titled The Celling of America: An Inside Look at the U.S. Prison Industry. My second anthology, Prison Nation: The Warehousing of America's Poor, was released in January 2003. My third anthology, Prison Profiteers: Who Makes Money from Mass Incarceration, was published by The New Press in January 2008. I also work with other media to develop and distribute prison-related stories and news reports.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 9, 2023         By: _____
                                  PAUL WRIGHT