BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
JAMES M. DAVIS (301636)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
jdavis@bholaw.com

Attorneys for Intervenors The San Diego Union-Tribune, LLC, Prison Legal News, and Voice of San Diego

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| FRANKIE GREER | Case No. 3:19-cv-0378-JO-DEB |
|---|---|
| Plaintiff, | **CLASS ACTION** |
| v. | **DECLARATION OF SCOTT LEWIS IN SUPPORT OF INTERVENORS' MOTION TO INTERVENE AND UNSEAL CRITICAL INCIDENT REVIEW BOARD DOCUMENTS [ECF NO. 307-2]** |
| COUNTY OF SAN DIEGO, et al., | |
| Defendants. | |
| | **DATE:** April 26, 2023<br>**TIME:** 9:00 a.m.<br>**JUDGE:** Jinsook Ohta<br>**COURTROOM:** 4C |
| | District Judge Jinsook Ohta<br>Courtroom 4C, Schwartz<br>Magistrate Judge Daniel E. Butcher<br>Courtroom 2B, Schwartz |
| | Complaint Filed: February 25, 2019<br>Trial Date: Not Yet Set |

I, SCOTT LEWIS, declare as follows:

1. I am the CEO and Editor in Chief of Voice of San Diego, a non-profit news organization serving San Diego, California area. I have personal knowledge of the matters set forth below, and if call to testify I would be competent to do so.

2. Voice of San Diego is a 501(c)3 nonprofit news organization launched in 2005. Its mission is to pursue investigative journalism for a better San Diego. We produce articles, podcasts, live events and other media to help educate San Diego residents about how their government functions and uncover issues and problems they wouldn't know about without dedicated, professional reporters.

3. In pursuing its mission, Voice of San Diego has an interest in ensuring documents created by governmental agencies be made public, including those documents evaluating an agencies' performance.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 13, 2023, at San Diego, California.

By: _____
SCOTT LEWIS